IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMIE BUTCHER, ) | |
| ) | NO. 1:16-cv-02029-JMS-DKL |
| Plaintiff, ) | |
| ) | |
| v. ) | Dismissal with prejudice acknowledged. |
| ) | JMS, CJ, 7-21-17 |
| HANCOCK REGIONAL HOSPITAL, ) | Distribution via ECF. |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this entire matter with prejudice.  Each party shall bear its/his own costs and attorneys' fees.


Respectfully submitted,                                      Respectfully submitted,


*s/Nicholas S. Johnston*                                     *s/ Keith Butler (with consent)*
Dana E. Stutzman                                             Keith Butler
Nicholas S. Johnston                                         Emily Munson
HALL, RENDER, KILLIAN, HEATH &                               Attorneys at Law
LYMAN, PC                                                    4701 N. Keystone Ave. #222
500 N. Meridian Street, Ste. 400                             Indianapolis, IN  46205
Indianapolis, IN 46204-1293
Telephone: 317.633.4884
Facsimile: 317.633.4878